UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Spirit AeroSystems, Inc., | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 24-50984 |
| | ) | |
| W. Kenneth Paxton, et al. | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

## APPELLEE S MOTION FOR EXTENSION OF TIME
## FOR THE FILING OF APPELLEE S OPPOSITION BRIEF

Appellee, Spirit AeroSystems, Inc. ("Spirit"), by and through its undersigned counsel, Matthew T. Martens, respectfully moves this Court pursuant to Federal Rule of Appellate Procedure 26(b) for an extension of time in which to file Appellee's opposition brief. Appellee respectfully requests an extension until February 3, 2025. This Motion is made upon good cause:

    1.    On December 10, 2024, Appellant filed his Notice of Appeal in this matter and shortly thereafter filed a motion for an expedited appeal. The motion for an expedited appeal sought an oral argument date of February 5, 2025.

    2.    On December 27, 2024, Appellant filed his opening brief in this matter.

3. On December 30, 2024, this Court issued an Order that granted Appellant's motion to expedite but that contained neither an accelerated briefing schedule nor an oral argument date.

4. Later on December 30, 2024, this Court transmitted a ECF notice to the parties stating, "Appellee's Brief due on 1/27/2025," which is 30 days from the filing of Appellant's opening brief.

5. Still later on December 30, 2024, the Clerk's Office emailed the parties regarding an oral argument date in March 2025.  On Monday of this week, the Court issued an Order setting oral argument for March 31, 2025.

6. Undersigned counsel for Appellee is assisted on this matter by a single associate attorney who works in our law firm's Los Angeles office. That associate attorney has been significantly impacted by the wildfires in Los Angeles this week, including having to evacuate her home (because of fire on her street) and ultimately having to evacuate the Los Angeles area.  This has significantly impeded our ability to prepare Spirit's opposition brief.

7. I have conferred with Appellant's counsel regarding this motion, and Appellant's counsel opposes this motion.

8. If Appellee's motion is granted, Appellee, of course, consents to an appropriate extension of the due date for Appellant's reply brief.

WHEREFORE, under Federal Rule of Appellate Procedure 26(b), Appellee, by and through its undersigned counsel, respectfully requests that, for good cause shown, an extension of time until February 3, 2025, in which to file and serve Appellee's opposition brief.

Dated this 10th day of January, 2025.

Respectfully submitted,

/s/ Matthew T. Martens
Matthew T. Martens
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington D.C. 20037
matthew.martens@wilmerhale.com
202-663-6921 (T)
202-663-6363 (F)

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the foregoing was delivered on January 10, 2025, to the CM-ECF system of the United States Court of Appeals for the Fifth Circuit for electronic delivery to all counsel of record.

/s/ Matthew T. Martens
Matthew T. Martens

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 360 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated this 10th day of January, 2025.

/s/ Matthew T. Martens
Matthew T. Martens