**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| Spirit AeroSystems, Inc., | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | ) |
|     v. | )   Case No. 24-50984 |
| | ) |
| W. Kenneth Paxton, et al. | ) |
| | ) |
|     Defendants-Appellants. | ) |

**APPELLEE'S REPLY IN FURTHER SUPPORT OF ITS
MOTION FOR EXTENSION OF TIME FOR THE FILING
OF APPELLEE'S OPPOSITION BRIEF**

Appellee, Spirit AeroSystems, Inc. ("Spirit"), by and through its undersigned counsel, Matthew T. Martens, respectfully submits this reply in further support of its motion pursuant to Federal Rule of Appellate Procedure 26(b) for an extension of time in which to file Appellee Spirit's opposition brief.

By electronic notice on December 30, 2024, this Court advised the parties that Appellee Spirit's opposition brief was due on January 27, 2025. Counsel for Appellants received this notice and raised no objection.

Given the impact of the Los Angeles wildfires on the ability of Appellee Spirit's counsel to work on this matter last week, Spirit promptly moved this Court to extend the deadline for the filing of Spirit's opposition brief to February 3, 2025, and in so moving represented Appellants' position on that

motion, namely that Appellants opposed it. Appellants contend that Spirit "has not accurately represented the State's position on its motion." Resp. at 1. In fact, Spirit's motion accurately represented Appellants' position. Appellants' counsel expressly stated in writing that the February 3 due date for Spirit's brief was "unworkable" because of the challenge it would present to Appellants' counsel in preparing their reply brief given his other responsibilities in February. When Spirit's counsel offered to extend the due date for Appellants' reply brief and invited a proposal in this regard, Appellants' counsel instead took the position that Spirit's brief was actually due 10 days *earlier* (*i.e.*, on January 17).

While Appellants' position as to the due date for Appellee Spirit's opposition brief is meritless, it was entirely irrelevant to the question whether Appellants would agree to extend the due date for Spirit's opposition brief to February 3 in light of the wildfires. Instead of accommodating Spirit's reasonable request, Appellants' counsel argued that Spirit faced an even more onerous deadline.

That said, Appellants have now consented to the February 3, 2025 deadline for Appellee Spirit's opposition brief so long as Appellants are permitted until February 24 to file their reply brief. Spirit would gladly have agreed to this proposal had Appellants made it in response to Spirit's invitation last Friday. And Spirit consents to Appellants' request now.

WHEREFORE, under Federal Rule of Appellate Procedure 26(b), Appellee Spirit, by and through its undersigned counsel, respectfully requests that, for good cause shown, the Court grant Appellee's now unopposed request for an extension of time until February 3, 2025, in which to file and serve its opposition brief.

Dated this 13th day of January, 2025.

Respectfully submitted,

/s/ Matthew T. Martens
Matthew T. Martens
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington D.C. 20037
matthew.martens@wilmerhale.com
202-663-6921 (T)
202-663-6363 (F)

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a copy of the foregoing was delivered on January 13, 2025, to the CM-ECF system of the United States Court of Appeals for the Fifth Circuit for electronic delivery to all counsel of record.

/s/ Matthew T. Martens  
Matthew T. Martens

## **CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Fed. R. App. P. 27(d)(2), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 402 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated this 13th day of January, 2025.

/s/ Matthew T. Martens  
Matthew T. Martens
