# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-50984    Spirit Aerosystems v. Paxton
                          USDC No. 1:24-CV-472

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Mr. Ryan Baasch
Mr. Matthew Thomas Kennedy
Mr. Matthew T. Martens
Mr. Darren McCarty
Mr. Benjamin Wallace Mendelson