# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 14, 2025
Lyle W. Cayce
Clerk

No. 24-50984

Spirit Aerosystems, Incorporated,

*Plaintiff—Appellee*,

versus

W. Kenneth Paxton, *in his official capacity as Attorney General of Texas*; Jane Nelson, *in her official capacity as Secretary of State of Texas*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-472

_____

ORDER:

IT IS ORDERED that Appellee's motion for an extension of seven (7) days, or to and including February 3, 2025, to file their brief is GRANTED.

IT IS FURTHER ORDERED that Appellant's reply brief is due by February 24, 2025.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit

No. 24-50984

/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT