No. 24-50984

# In the United States Court of Appeals for the Fifth Circuit

---

Spirit Aerosystems, Incorporated,
*Plaintiff-Appellee*,

v.

W. Kenneth Paxton, in his official capacity as Attorney General of Texas,
*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

---

### Agreed Motion to Vacate and Remand

---

Matthew T. Martens
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington D.C. 20037
matthew.martens@wilmerhale.com
202-663-6921 (T)
202-663-6363 (F)

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Aaron L. Nielson
Solicitor General

Benjamin Wallace Mendelson
Assistant Solicitor General
Ben.Mendelson@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for Defendant-Appellant

# AGREED MOTION TO VACATE JUDGMENT AND REMAND THE CASE

The Attorney General recently filed a notice of supplemental authorities in this case under Rule 28(j) informing the Court of the Texas Supreme Court's decision in *Paxton v. Annunciation House, Inc.*, No. 24-0573, 2025 WL 1536224 (Tex. May 30, 2025). In light of that decision, the parties jointly move the Court to vacate the district court's judgment and related opinion and orders and remand the case to the district court for further proceedings.

## Conclusion

The Court should vacate the district court's judgment and related opinion and orders and remand the case to the district court for further proceedings.

Respectfully submitted.

/s/ Matthew T. Martens
Matthew T. Martens
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington D.C. 20037
matthew.martens@wilmerhale.com
202-663-6921 (T)
202-663-6363 (F)

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Aaron L. Nielson
Solicitor General

/s/ Benjamin Wallace Mendelson
Benjamin Wallace Mendelson
Assistant Solicitor General
Ben.Mendelson@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for Defendant-Appellant

## Certificate of Service

On June 20, 2025, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Benjamin W. Mendelson
Benjamin W. Mendelson

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 107 words, excluding the parts of the motion exempted by rule; and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Benjamin W. Mendelson
Benjamin W. Mendelson